# THE LAW OFFICES OF JORDAN S. KATZ, P.C.
395 North Service Road, Suite 401
Melville, New York 11747
TEL: 631-454-8059 - FAX: 631-454-8169

May 13, 2010

Hon. Shelley C. Chapman
U.S. Bankruptcy Court- SDNY
One Bowling Green, RM#610
New York, NY 1004-1408

**Re:** Miguel A. Mancebo
**Case No.:** 10-11231

Dear Clerk:

     Please be advised the Motion for Relief from Stay scheduled for May 18, 2010, has been adjourned on the consent of all parties to June 10, 2010 @ 10:oo am.

     Should your office need anything further please feel free to contact me.

Thank you for your time and consideration.

Very truly yours,

  /s/ Jordan S. Katz

Jordan S. Katz